LEVI WASHBURN, as Sheriff of Jefferson County, Respondent, *v.* THE CARTHAGE NATIONAL BANK, Appellant.

*Washburn* v. *Carthage Nat. Bank,* 86 Hun, 396, affirmed.
(Argued March 24, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered May 14, 1895, affirming a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Watson M. Rogers* for appellant.

*A. E. Kilby* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.

---

WILLIAM ROE, Appellant, *v.* THOMAS E. CRIMMINS, Respondent.

*Roe* v. *Crimmins,* 10 Misc. Rep. 711, affirmed.
(Argued March 24, 1898; decided April 19, 1898.)

APPEAL, by permission, from an order of the General Term of the late Court of Common Pleas for the city and county of New York, entered January 7, 1895, reversing a judgment of the General Term of the City Court of New York affirming a judgment in favor of plaintiff, entered upon a verdict, and granting a new trial.

*Edgar J. Nathan* and *Michael H. Cardozo* for appellant.

*Thomas S. Moore* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs ; no opinion.
All concur.